UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
:
:
: No. 1:16-cv-07415 (NRB)
IN RE MGT CAPITAL INVESTMENTS, INC. :
SECURITIES LITIGATION : **RULE 7.1 CORPORATE**
: **DISCLOSURE STATEMENT**
:
:
---------------------------------------------------------------- x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, defendant MGT Capital Investments, Inc, by undersigned counsel, hereby certifies that it is a publicly traded corporation.  There is no parent corporation.  No other publicly held corporation holds 10% or more of MGT Capital Investments, Inc.

Dated:  New York, New York
            August 29, 2017

                                            KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                            By:   /s/ John P. Coffey
                                                  John P. Coffey (JPC-3832)
                                                  Jeffrey W. Davis (JWD-7170)
                                                  Karen S. Kennedy (KSK-0357)
                                            1177 Avenue of the Americas
                                            New York, New York  10036
                                            Tel: (212) 715-9100
                                            Fax: (212) 715-8100
                                            scoffey@kramerlevin.com

                                            *Attorneys for Defendants MGT Capital Investments, Inc.,*
                                            *Robert B. Ladd and John McAfee*