USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/28/2018

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

IN RE: MGT. CAPITAL INVESTMENTS, INC. SECURITIES LITIGATION,

16 **CIVIL** 7415 (NRB)

# JUDGMENT

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated February 27, 2018, defendants' motion to dismiss is granted in its entirety with prejudice and judgment is entered for the defendants; accordingly, this case is closed.

**Dated:** New York, New York
February 28, 2018

**RUBY J. KRAJICK**
**Clerk of Court**

**BY:**
**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 2/28/2018